# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARITA MOTA, an individual<br><br>　　　　　　Plaintiff,<br>vs.<br><br>BMW OF NORTH AMERICA, LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No: 2:21-cv-00630-MCS-AFM<br><br>District Judge: Mark C. Scarsi<br><br>**ORDER REOPENING ACTION, VACATING PRIOR DISMISSAL, AND DISMISSING ACTION WITH PREJUDICE (ECF No. 47)(JS-6)** |

Pursuant to the parties' Stipulation and Order of Dismissal, and good cause appearing therefore, **IT IS HEREBY ORDERED:**

1. The action is reopened for the limited purpose of vacating this Court's Order entered on January 2, 2024, re: Order Dismissing Action (JS-6);

2. This Court's Order entered on January 2, 2024, re: Order Dismissing Action (JS-6) is vacated;

3. The entire action, including all claims and counterclaims stated herein against all parties, is dismissed with prejudice, in accordance with the terms of the written settlement agreement entered into between the parties.

The Court directs the Clerk to close the case.

**IT IS SO ORDERED.**

DATE:  May 2, 2024            By:  _____
                                   HON MARK C. SCARSI
                                   United States District Judge